<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7659**
_____

RANDALL LEE CONRAD,

             Plaintiff - Appellant,

        v.

WARDEN DREW; OFFICER SMITH, Kitchen Staff,

             Defendants – Appellees,

        and

FCI BENNETTSVILLE,

             Defendant.

_____

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.   R. Bryan Harwell, District Judge.  (5:12-cv-01288-RBH)

_____

Submitted:  January 23, 2014            Decided:  January 28, 2014

_____

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Randall Lee Conrad, Appellant Pro Se.   Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randall Lee Conrad appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Conrad v. Drew, No. 5:12-cv-01288-RBH (D.S.C. Aug. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED